**Appeal No.    2023AP890-CR**

Cir. Ct. No.  2022CT150

**STATE OF WISCONSIN**

IN COURT OF APPEALS
DISTRICT IV

---

**STATE OF WISCONSIN,**

   **PLAINTIFF-APPELLANT,**

   **V.**

**LAUREN DANNIELLE PETERSON,**

   **DEFENDANT-RESPONDENT.**

FILED

Jan. 11, 2024

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Patricia A. Barrett
Circuit Court Judge
Electronic Notice

Carrie Wastlick
Clerk of Circuit Court
Sauk County Courthouse
Electronic Notice

Natalia J Gess
Electronic Notice

Jeremiah W. Meyer-O'Day
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to footnote 2 and paragraph 12 in the above-captioned opinion which was released on

December 29, 2023. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.